

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **MARCELLUS WASHINGTON** | DOCKET NO. 09-CV-697; SEC. P |
| **VERSUS** | JUDGE DEE D. DRELL |
| **B.O.P., ET AL.** | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 1st day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE